UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CV 8851**

Wesley Sommerville
_____

(In the space above enter the full name(s) of the plaintiff(s).)

V.

Defendant No. 1  NYPD et al

Defendant No. 2  Detective Lindsey Faye #2459

Defendant No. 3  Detective John Wright #6196

Defendant No. 4  Sgt. Kelly Tax no 897780

Defendant No. 5  CI# 06-001752

Defendant #6  Michael Guevara

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

**COMPLAINT**
Under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial:  Yes ☒   No ___
(check one)

RECEIVED
DEC 2 - 2011
PRO SE OFFICE

**I.  Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Wesley Sommerville
            ID #  11A0690
            Current Institution  Sing Sing
            Address  354 Hunter St Ossining NY 10562

B.  List all defendants' names, positions, place of employment, and the address where each defendant May be served. Make sure that the defendant)s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1  Name **NYPD et al**  Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 2  Name **Detective Lindsey Faye**  Shield# **2459**
Where Currently Employed **NYPD**
Address _____

Defendant No. 3  Name **Detective John Wright**  Shield # **6196**
Where Currently Employed **NYPD**
Address _____

Defendant No. 4  Name **Sgt Kelly**  Shield # **Tax # 897780**
Where Currently Employed **NYPD**
Address _____

Defendant No. 5  Name **CI# 06-001752**  Shield # _____
Where Currently Employed **NYPD**
Defendant 6 Address **Michael Guevara, 234 Ridgewood Ave BSM Brooklyn NY 11208**

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____

B.   Where in the institution did the events giving rise to your claim(s) occur? _____

C.   What date and approximate time did the events giving rise to your claim(s) occur? **December 12, 2006   12/12/06**

2

| | |
|---|---|
| What happened to you? | D. Facts: On December 12, 2006 My Car Was Confiscated by Sgt Kelly of the NYPD. Detective John Wright gave me a Phone Number to Call to find out if My Car was Stolen or had Stolen parts. I Called for approximately 1 year until November 16, 2007. I went to meet up with the detectives and I was arrested. I went to Court for 2 years and |
| Who did what | the Case was ultimately dismissed, November 27 2009. I was given a District attorney release for my Car December, 2, 2009 and when I went to pick up my Car they told me they Couldn't find it. I went to the vehicle seizure unit and they did an investigation |
| Was anyone else involved? | and in 2010 they told me that the Car Was given to the owner. These Detectives Violated My 4th and my 14th amendment rights when they Stopped, Searched and Seized My vehicle Without probbable Cause or a Warrant. During the Course of the Criminal Case they |
| Who else saw what happened? | said they had a Confidential informant # 06-001752 Who Never Showed up in Court. |

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Stress and mental anguish, I had to take Oxycodone pain medicine for the pain in my hip and back from walking and carrying all of my stuff from the precint.

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also know as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
     Yes _____ No **X**

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____
_____

B.  Does the jail, prison, or other correctional facility where your claim(s0 arose have a grievance procedure?

  Yes ____  No ____  Do Not Know ____

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

  Yes ____  No ____  Do Not Know ____

If YES, which claim(s)? _____

D.  Does the grievance procedure at the jail. prison, or other correctional facility where your claim(s) arose not cover some of your claim(s)?

  Yes ____  No ____  Do Not Know ____

If YES, which claim(s)? _____

E.  Did you file a grievance at the jail, prison, or other correctional facility where your claim(s) arose?

  Yes ____  No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

  Yes ____  No ____

F.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

  1. Which claim(s) in this complaint did you grieve? _____
  _____

  2. What was the result, if any? _____
  _____

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
  _____
  _____
  _____
  _____

G.  If you did not file a grievance, did you inform any official of your claim(s)?

  *yes*

4

1. If YES, whom did you inform and when did you inform them? _the District attorney._

2. If NO, why not? _____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the court to do for you. _Order the defendants to Pay me for my car and the music system and the rims. Pay me for my business that I lost because of this case. Pay me for punitive damages. Charge the Detectives with entrappment if defendant Michael Guevara is Confidential informant # 06-00175. Charge Detective John Wright shield # 6196 with falsifying a report, where he stated that he himself stopped the plaintiffs car because he saw me ran a red light. Order the Defendants to pay plaintiff a sum of $500,000.00 for all of these damages._

VI. **Previous Lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No __X__

[On these claims]

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format).

1. Parties to this previous lawsuit:
Plaintiff  The people of the State of New York
Defendants  Wesley Sommerville
2. Court I(if federal court, name the district; if state, name the county)  Criminal Court of New York County of Kings
3. Docket or Index number  2007 KNO 87236
4. Name of Judge assigned to your case  Cryulnik, M
5. Approximate date of filing lawsuit  _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition  _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?  _____

_____

_____

|On other claims| D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✗

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format).

1. Parties to this previous lawsuit:
Plaintiff  _____
Defendants  _____
2. Court (if federal court, name district; if state court, name county)  _____

_____

3. Docket or Index number  _____
4. Name of Judge assigned to your case  _____
5. Approximate date of filing lawsuit  _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition  _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?  _____

_____

_____

6

Signed this 11th day of November, 20 11. I declare under the penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: W. Sonnin
Inmate Number: 11A0690
Mailing address: 354 Hunter St
Ossining NY
10562

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under the penalty of perjury that on this 11th day of November, 20 11, I will deliver this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: W. Sonnin

rev.09/04

7